# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MARTIN B. YSASSI, <br> (Reg. #98281-079) <br> <br> Petitioner, <br> vs. <br> <br> BUREAU OF PRISONS, <br> <br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION H-08-0450 |

## ORDER

On July 8, 2008 the government filed a motion to dismiss. (Docket Entry No. 22). On July 25, 2008, the petitioner filed a notice of change of address. (Docket Entry No. 23). To date, the petitioner has not responded to the government's motion to dismiss.

**By August 15, 2008**, the petitioner must file a response to the government's motion to dismiss. Failure to comply as directed may result in the dismissal of this action for want of prosecution.

The Clerk must provide the petitioner with a copy of the government's motion to dismiss, (Docket Entry No. 22).

SIGNED on July 31, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge